JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GUILLERMO E. ROMANI,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. ED CV 25-1006-DMG (SPx)<br><br>**ORDER RE STIPULATION TO DISMISS ACTION WITH PREJUDICE [25]** |

1  Having read and considered the parties' Stipulation of Dismissal of Action with
2  Prejudice [Doc. # 25], and good cause appearing, the Court hereby **DISMISSES** the
3  above-entitled action, in its entirety, **with prejudice**.  Each party shall bear its own costs,
4  fees, and expenses.  All dates set in this matter are **VACATED**.
5  **IT IS SO ORDERED.**

7  DATED:  January 5, 2026

_____
DOLLY M. GEE
Chief United States District Judge